# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 26, 2023

## NO. 03-22-00404-CV

**Jerretta Pate and April Burke, Appellants**

**v.**

**Haven at Thorpe Lane, LLC, Appellee**

### APPEAL FROM THE 207TH DISTRICT COURT OF HAYS COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES BAKER AND JONES
### REVERSED AND REMANDED -- OPINION BY JUSTICE JONES
### DISSENTING OPINION BY JUSTICE BAKER

This is an appeal from the interlocutory order denying Jerretta Pate and April Burke's TCPA motion to dismiss, signed by the trial court on July 5, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the order. Therefore, the Court reverses the trial court's interlocutory order and remands the case to the trial court with instructions to (1) dismiss Haven at Thorpe Lane, LLC's Motion to Compel as to Third-Party Witnesses; (2) award Jerretta Pate and April Burke their costs and attorney's fees as required by TCPA § 27.009(a)(1); and (3) use the court's discretion in determining whether to award sanctions pursuant to TCPA § 27.009(a)(2). Haven at Thorpe Lane, LLC shall pay all costs relating to this appeal, both in this Court and in the court below.